UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHRUZ BONSHAHI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JACKS PH, LLC,<br><br>　　　　　Defendant. | Case No. 23-cv-02563-KAW  (SK)<br><br>**ORDER TO SHOW CAUSE** |

This matter was referred to the undersigned for settlement. On January 27, 2025, the Court issued a notice for a video scheduling conference at 9:00 a.m. on January 29, 2025, with the specific Zoom address. (Dkt. No. 36.) On January 28, 2025, the Court sent a reminder with the specific Zoom address. The Court held the video scheduling conference on January 29, 2025, but counsel for Defendant Jack's PH, LLC ("Jack's") failed to appear and only appeared after the Court contacted him and provided, again, the specific Zoom address.

The Court therefore issues this ORDER TO SHOW CAUSE ("OSC") to counsel for Jack's. Counsel must file a response explaining the nonappearance and indicating why monetary sanctions in the amount of $100 should not be imposed. Counsel shall file a response in writing to this OSC by no later than February 5, 2025.

**IT IS SO ORDERED**.

Dated: January 29, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　United States Magistrate Judge