UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHRUZ BONSHAHI,<br><br>   Plaintiff,<br><br>   v.<br><br>JACKS PH, LLC,<br><br>   Defendant. | Case No. 4:23-cv-02563-KAW<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT<br><br>Re: Dkt. No. 43 |

On February 11, 2025[1], Plaintiff filed a motion for leave to file a first amended complaint. (Dkt. No. 43.) Pursuant to Civil Local Rule 7-3(a), Defendant's opposition was due 14 days after the motion was filed, which was February 25, 2025.

Defendant did not timely file an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, the Court GRANTS Plaintiff's motion for leave to file a first amended complaint as unopposed. Within five court days of this order, Plaintiff shall file an amended complaint in the form of the proposed First Amended Complaint attached to Plaintiff's motion.

IT IS SO ORDERED.

Dated: February 26, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] Plaintiff initially filed the motion on February 10, 2025, which was the last day to seek leave to amend. (Original Mot., Dkt. No. 42.) Plaintiff used the incorrect filing event, and, on February 11, 2025, was instructed by the Clerk's Office to refile the motion in its entirety. Since Plaintiff immediately refiled the motion as instructed, the Court considers the motion to be timely filed.